UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DAVID EUGENE CAUSEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3:04-0797 |
| | ) JUDGE ECHOLS |
| DIPAK LACHMANDES and HARSHA | ) |
| LACHMANDES, and UNITED | ) |
| BROTHERS, LLC, | ) |
| | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) Defendants' Motion for Summary Judgment (Docket Entry No. 20) is GRANTED; and

(2) Defendants Dipak and Harsha Lachmandes's Motion to Dismiss (Docket Entry No. 19) is GRANTED.

Accordingly, this case is hereby dismissed.

It is SO ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE